**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

RECEIVED
APR 13 2006
CLERK, U.S. DISTRICT COURT
MINNEAPOLIS, MINNESOTA

ORDER

UNITED STATES OF AMERICA,

Plaintiff,

v.

**Joseph William Klecker**

Defendant.

Docket No. 0:02CR00222-003(JNE)

UPON REPORT AND RECOMMENDATION BY United States Probation Officer Lisa L. Martinetto, St. Paul, Minnesota:

IT IS HEREBY ORDERED That the following special condition of supervised release be removed.

The defendant shall abstain from the use of alcohol and other intoxicants and not frequent establishments whose primary business is the sale of alcoholic beverages.

Signed and executed this 12th day
of April ,2006 .

Honorable Joan N. Ericksen
U.S. District Judge

SCANNED
APR 13 2006
U.S. DISTRICT COURT MPLS